UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

50 Walnut Street
Newark, NJ 07102

Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Juan Jose Polanco

Case Number:  19-10680

Hearing Date:  _____

Judge:  John K. Sherwood

Chapter:  13

Recommended Local Form:  ☐ Followed  ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to _____2/8/19_____.

☐   Denied.

*rev.8/1/15*